JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVE BARDEN, on behalf of himself and others similarly situated,<br><br>   Plaintiff,<br><br>vs.<br><br>WESTERN REFINING RETAIL, LLC; and DOES 1 to 100, inclusive,<br><br>   Defendants. | Case No.  5:23-cv-01360 MEMF (SKx)<br><br>**ORDER RE AMENDED JOINT STIPULATION TO CONTINUE CLASS CERTIFICATION AND RELATED DEADLINES**<br><br>Complaint Filed:   March 23, 2023<br>Trial Date:   None Set |

The Court has reviewed and considered the Parties' Amended Joint Stipulation to Continue Class Certification and Related Deadlines[1] to allow the Parties to attend a second mediation and resolve outstanding discovery.

In light of the length of time request, the Court hereby ORDERS that the action is STAYED and administratively closed until March 13, 2026. The parties are ORDERED to file, by March 13, 2026, a joint status report concerning the outcome of the second mediation on March 6, 2026, as well as proposed dates for any further proceedings. Upon the failure to timely comply with this Order, this action shall be deemed dismissed as of March 14, 2026.

This Court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. All pretrial and trial dates are hereby VACATED.

**IT IS SO ORDERED.**

DATED: July 8, 2025

_____

HON. MAAME EWUSI-MENSAH FRIMPONG
UNITED STATES DISTRICT JUDGE

---

[1] The parties initially filed a stipulation to continue on June 25, 2025 (ECF No. 58), and an amended stipulation on June 26, 2025 (ECF No. 69). The parties then filed what appears to be a duplicative amended stipulation on July 1, 2025 (ECF NO. 62). The Court issues this order based on the parties' amended stipulation (ECF Nos. 59, 62).